UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALEX VARGAS

VERSUS

MANSON CONSTRUCTION, CO.

CIVIL ACTION

NO. 18-11536

SECTION M (5)

**JURY VERDICT FORM**

1. Do you find by a preponderance of the evidence that Manson Construction Company was negligent AND that such negligence caused, in whole or in part, Alex Vargas's incident?

   YES: ✓ NO: ______

   **Proceed to question 2.**

2. Do you find by a preponderance of the evidence that the *E.P. Paup* was unseaworthy AND that such unseaworthiness was a proximate cause of Alex Vargas's incident?

   YES: ______ NO: ✓

   **If you answered "YES" to questions 1 OR 2, proceed to question 3.**

   **If you answered "NO" to questions 1 AND 2, sign and date the form and return to the courtroom.**

3. Do you find by a preponderance of the evidence that Alex Vargas was negligent AND that such negligence contributed to his incident?

   YES: ✓ NO: ______

   **Proceed to question 4.**

4. What percentage of negligence or unseaworthiness that caused the incident do you attribute to each party or individual listed below?

| | |
|---|---|
| Manson Construction Company (negligence) and/or *E.P. Paup* (unseaworthiness) | 20 % |
| Alex Vargas | 80 % |

**(Assign fault only to those parties for whom you answered "YES" in questions 1, 2, or 3 above. The sum of the percentages must equal 100%. The parties are listed in the same order as above, and the order does not in any way suggest allocation of fault.)**

**Proceed to question 5.**

5. If you find that Alex Vargas sustained any damages as a result of the incident, without taking into account the percentages of fault assigned in question 4, what amount of money would fairly and reasonably compensate Alex Vargas for his injuries that resulted from the incident in question?

| | |
|---|---|
| Past general damages, including: physical impairment, disfigurement, pain and suffering, mental anguish, and loss of enjoyment of life | $ 19,000.00 |
| Future general damages, including: physical impairment, disfigurement, pain and suffering, mental anguish, and loss of enjoyment of life | $ 0 |
| Past lost wages | $ $9,000 |
| Future loss of earning capacity | $ 0 |
| Future medical expenses | $ $21,000 |

**Sign and date the form and return to the courtroom.**

New Orleans, Louisiana, this 1/8/20 day of January, 2020.

[redacted]

**JURY FOREPERSON/PRESIDING JUROR**