**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALEX VARGAS | CIVIL ACTION |
| VERSUS | NUMBER: 18-11536 |
| MANSON GULF, LLC ET AL | SECTION: M (5) |

# J U D G M E N T

In accordance with the jury's verdict, R. Doc. 67, and,

Pursuant to the parties' stipulation read into the record at trial on January 6, 2020, that Manson Construction Company and Manson Gulf, LLC, were responsible for the seaworthiness, operation, equipment, personnel, and maintenance of the *E.P. Paup* for the incident in question, Manson Construction Company and Manson Gulf, LLC, are jointly and severally liable for any judgment for the incident in question.

Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Alex Vargas, and against defendants Manson Construction Company and Manson Gulf, LLC, in the amount of $9,800.00, jointly and severally, plus prejudgment interest at the Louisiana legal rate on plaintiff's past damages ($5,600.00) from the date of plaintiff's injury (September 27, 2017) until paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the remaining parties, C&G Welding, Inc., and Triple C Enterprise, Inc. of Louisiana are hereby dismissed with prejudice.

New Orleans, Louisiana, this 13th day of January, 2020.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE